JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JASMINE KELSEY WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:18-cv-00294-JDE<br><br>JUDGMENT |

In accordance with the Memorandum and Order of Dismissal for Failure to Prosecute and Violations of Court Orders,

IT IS HEREBY ADJUDGED that that this matter is dismissed without prejudice.

Dated: March 25, 2019

_____
JOHN D. EARLY
United States Magistrate Judge